

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| STEVE CALDWELL D/B/A SK PRODUCTIONS, | § | No. 08-15-00377-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | 58th District Court |
| v. | | |
| | § | of Jefferson County, Texas |
| ROY N. ETIE, INDIVIDUALLY, GOLDEN TRIANGLE ENTERTAINMENT GROUP, INC. AND | § | (TC# A-196-535) |
| J & R FOOD AND BEVERAGE, L.L.C., | § | |
| | § | |
| Appellees. | § | |

## **O R D E R**

The Court GRANTS the Appellant's Motion to Re-establish the Appellate Timetable.

Therefore the Court ORDERS this appeal to continue, the appellate timetable suspension is lifted and the Appellant's brief is now due May 15, 2016.

IT IS SO ORDERED this 15th day of April, 2016.


PER CURIAM


Before McClure, C.J., Rodriguez and Hughes, JJ.